# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **J.S., an individual,** | ) | **CASE NO. 2:25-CV-700** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **District Judge Algenon L. Marbley** |
| -vs- | ) | |
| | ) | **Magistrate Judge Elizabeth Preston Deavers** |
| **INTOWN PROPERTIES I LLC, et al.** | ) | |
| | ) | |
| Defendants. | ) | **LEAVE TO PLEAD** |

Pursuant to Local Rule 6.1(a), counsel for Plaintiff and Counsel for Defendant, Liberty Motel Inc., stipulate to a leave to plead for Defendant Liberty Motel Inc. to respond to Plaintiff's Complaint, of a period twenty-one (21) days, or until August 22, 2025.  This Defendant has not been granted any previous leaves to plead or extensions.

Respectfully submitted,

/s/ Anne M. Markowski
**Anne M. Markowski** (0069705)
HANNA CAMPBELL & POWELL LLP
3737 Embassy Parkway/Suite 100
Akron OH  44333
330.670.7601/(fax) 330.670.7456
amarkowski@hcplaw.net

*Attorney for Defendant, Liberty Motel Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Leave to Plead* has been served by electronic mail, this **1st** day of **August, 2025**, upon:

| | |
|---|---|
| Jeremy W. Hoshor-Johnson (0075502)<br>Penny L. Barrick (0074110)<br>Steven C. Babin, Jr. (0093584)<br>Babin Law, LLC<br>10 West Broad Street, Suite 900<br>Columbus, OH  43215<br>Steven.babin@babinlaws.com<br>Jeremy.hoshorjohnson@babinlaws.com<br>Penny.barrick@babinlaws.com<br>*Attorneys for Plaintiff* | Nick Gonano (104467)<br>Gordon Rees Scully Mansukhani LLP<br>41 S. High St., Ste. 2495<br>Columbus, OH  43215<br>ngonano@grsm.com<br>*Attorney for Defendant Intown Properties I, LLC, dba Intown Suites Extended Stay Select* |
| Steven A. Keslar (0090743) (Trial Attorney)<br>Rachael R. Kisner (0104953)<br>Gallagher Sharp LLP<br>35 North Fourth Street, Suite 200<br>Columbus, Ohio 43215<br>skeslar@gallaghersharp.com<br>rkisner@gallaghersharp.com<br>*Attorneys for Defendant Laxami, Inc. dba Budget Inn* | Mayuri Hospitality LLC, dba Red Horse Motel<br>C/o Kamleshkumar Kantilal Patel<br>1659 Bellefontaine Street<br>Wapokoneta, OH  45895<br>*Defendant* |

/s/ *Anne M. Markowski*
**Anne M. Markowski, Esq**. (0069705)
Attorney for Defendants,
*Attorney for Defendant, Liberty Motel Inc*

JS v. Liberty 133-2497
<<HCP #1411017-v1>>