**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **J.S., an individual,** | ) | CASE NO. 2:25-CV-700 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **District Judge Algenon L. Marbley** |
| -vs- | ) | |
| | ) | **Magistrate Judge Elizabeth Preston** |
| **INTOWN PROPERTIES I LLC, et al.** | ) | **Deavers** |
| | ) | |
| Defendants. | ) | **ANSWER OF DEFENDANT LIBERTY** |
| | ) | **MOTEL INC. dba LIBERTY MOTEL** |
| | ) | **TO PLAINTIFF'S COMPLAINT** |

    Now comes Defendant, Liberty Motel Inc. dba Liberty Motel (hereinafter Liberty Motel), by and through undersigned counsel, and for their Answer to Plaintiff's Complaint states as follows:

1. Defendant Liberty Motel denies each and every allegation contained in Paragraphs 1 through 13 of Plaintiff's Complaint.

2. Defendant Liberty Motel denies for want of knowledge, lack of information, or otherwise the allegations contained in Paragraph 14 of Plaintiff's Complaint.

3. Defendant Liberty Motel denies each and every allegation, including all subparts, of Paragraph 15 of Plaintiff's Complaint.

4. Defendant Liberty Motel denies for want of knowledge, lack of information, or otherwise the allegations contained in Paragraphs 16 through 26, including all subparts of Plaintiff's Complaint.

5. Defendant Liberty Motel admits that it was a limited liability company organized under the laws and operating within the State of Ohio. Defendant Liberty Motel denies all remaining allegations contained in Paragraph 27 of Plaintiff's Complaint.

6. Defendant Liberty Motel denies the allegations contained in Paragraphs 28 through 30 of Plaintiff's Complaint.

7. Defendant Liberty Motel denies for want of knowledge, lack of information, or otherwise the allegations contained in Paragraphs31 through 34 of Plaintiff's Complaint.

8. Defendant Liberty Motel denies the allegations contained in Paragraphs 35 through 141, including all subparts, of Plaintiff's Complaint.

9. In response to Paragraph 142 of Plaintiff's Complaint, Defendant Liberty Motel restates and realleges each of the above paragraphs as if fully rewritten herein.

10. Defendant Liberty Motel denies each and every allegation contained in Paragraphs 143 through 150 of Plaintiff's Complaint.

### *Affirmative Defenses*

1. Defendant states that the Plaintiff's Complaint fails to state a claim against this answering Defendant, upon which relief may be granted.

2. Plaintiff's claims are barred and/or limited by the applicable statute of limitations.

3. Defendant did not have knowledge, either actual, implied, constructive or otherwise of the activity, actions and/or conduct alleged by Plaintiff and as such were unable to intervene, address, report, and/or prevent the same.

4. Plaintiff's claims are barred or limited by her failure to mitigate her damages.

5. Plaintiff's own negligence directly and proximately caused or contributed to the damages of which Plaintiff complains.

6. Plaintiff's claims and or damages were caused and/or contributed by the acts and/or omissions of some other individual or entity for whom or which this Defendant is not responsible.

7. Plaintiff has failed to join all necessary and/or all dispensable parties to this litigation.

8. Plaintiff's claims are barred due to Plaintiff's express or implied assumption or risk.

9. Plaintiff's claims and/or damages are the direct and proximate result of unforeseeable conduct for which this Defendant is not liable.

10. Plaintiff's claims are barred by intervening or superseding cause of which this Defendant has no control.

11. Plaintiff's damages, if any, were sustained as a direct and proximate result of the primary negligence and/or misconduct, criminal or otherwise, by some other person or entity.

12. Plaintiff's claims are barred in whole or in part by the doctrines or waiver, estoppel, and or latches.

13. This Defendant's liabilities are limited to those provided in the terms of any factual terms and conditions, including, but not limited to, any applicable condition precedent, contractual statute of limitations and/or specified remedy and/or requirement to mediate and/or arbitrate.

14. Plaintiff's claims are barred and/or preempted because all acts of this Defendant comply with all Federal and State laws, regulations, and administrative and industry standards.

15. Plaintiff's claims are barred in whole or in part by the destruction, deterioration, modification, spoliation, and or lack of preservation of relevant and essential evidence.

16. This Defendant is entitled to have their liability, if any, appropriated among all parties and nonparties at fault.

17. Defendant asserts the affirmative defense of fraud and misrepresentation.

18. Defendant reserves the right to assert additional defenses which may become applicable after additional investigation and discovery.

**WHEREFORE,** having fully answered, Defendant, Liberty Motel, demands that Plaintiff's claims against this Defendant be dismissed in their entirety and with prejudice and the Court award costs and attorney's fees expended herein.

### *Jury Demand*

A trial by jury on all issues is hereby demanded.

Respectfully submitted,

*/s/ Anne M. Markowski*
**Anne M. Markowski** (0069705)
HANNA CAMPBELL & POWELL LLP
3737 Embassy Parkway/Suite 100
Akron OH  44333
330.670.7601/(fax) 330.670.7456
amarkowski@hcplaw.net

*Attorney for Defendant, Liberty Motel Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing *Answer of Defendant Liberty Motel to Plaintiff's Complaint* has been served by electronic mail, this 12th day of August, 2025, upon:

| | |
|---|---|
| Jeremy W. Hoshor-Johnson (0075502)<br>Penny L. Barrick (0074110)<br>Steven C. Babin, Jr. (0093584)<br>Babin Law, LLC<br>10 West Broad Street, Suite 900<br>Columbus, Ohio 43215<br>Steven.babin@babinlaws.com /<br>Jeremy.hoshorjohnson@babinlaws.com /<br>Penny.barrick@babinlaws.com<br><br>***Attorneys for Plaintiff*** | Nick Gonano (104467)<br>Gordon Rees Scully Mansukhani LLP<br>41 S. High St., Ste. 2495<br>Columbus, OH  43215<br>ngonano@grsm.com<br><br>***Attorney for Defendants Intown Properties I, LLC, dba Intown Suites Extended Stay Select*** |
| Steven A. Keslar (0090743) (Trial Attorney)<br>Rachael R. Kisner (0104953)<br>Gallagher Sharp LLP<br>35 North Fourth Street, Suite 200<br>Columbus, Ohio 43215<br>skeslar@gallaghersharp.com<br>rkisner@gallaghersharp.com<br><br>***Attorneys for Defendant Laxami, Inc. dba Budget Inn*** | Mayuri Hospitality LLC, dba Red Horse Motel<br>C/o Kamleshkumar Kantilal Patel<br>1659 Bellefontaine Street<br>Wapokoneta, OH  45895<br><br>***Defendant*** |

             */s/Anne M. Markowski*
             **Anne M. Markowski, Esq**. (0069705)
             *Attorney for Defendant, Liberty Motel Inc.*

JS v. Liberty 133-2497
<<HCP #1412112-v1>>